(INND Rev. 1/21)                                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Chase Caldwell
_____,
[You are the PLAINTIFF, print your full name on this line.]

v.

G. McDaniel (Law Enforcement Officer)
_____,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:23-cv-637
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
JUL -3 2023
At_____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] G. McDaniel (Law Enforcement Officer) | 1201 East Michigan Boulevard Michigan City, IN 46360 |
| 2 | [Put the names of any other defendants in these boxes.] B. Costigan (Law Enforcment Officer) | 1201 East Michigan Boulevard Michigan City, IN 46360 |
| 3 | T. Lenover ( Law Enforcmeent Officer) | 1201 East Michigan Boulevard Michigan City, IN 46360 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ___4___

2. What is your address? 1926 Camellia Dr Apt B2 Munster, IN 46321
_____

3. What is your telephone number: ( 219 ) 2162362

4. Have you ever sued anyone for these exact same claims?
   ☑ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On May 4th, 2023 I was wrongfully seized arrested and detained by officer G McDaniel(#303) In Michigan City, Indiana. According to police report (Exhibit 1) the police in works with my mother and father were able to locate me because of a tracking device put on my vehicle by my mother prior to my arrest 05-04-2023. Before the unlawful seizure as referenced by United States Constitution, the right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated and no warrants shall issue, but upon probable cause, supporters by oath and affirmation, and particularly the place to be searched, and the persons and the persons or things to be seized; My mother and I relationship was not good. My mother was frequently using marijuania and alcohol and her residence I was residing in April 11th , 2023 when I left was an unpleasant environment for living. I left and went to live in a homeless shelter In Michigan City, Indiana.

   When the police arrived I spoke to two officers initially G. McDaniel which took my Indiana state Driver's License and spoke to my about why they were at the church where I was parked. I would wait there throughout the day until the homeless shelter would open there doors at 7pm. I was there to obtain meals and park my vehicle until 7pm. Officer McDaniel spoke to me and mentioned my parents were concerned because I left home. Both my parents called me numerous times and I did not answer their cell phone calls. When I spoke to officer G. McDaniel he asked a set of questions which I answered all his questions and answered them correctly. Officer G. McDaniel stepped away and I

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

waited with officer B. Costigan (#340) while officers G McDaniel(#313), T. Lenover (#342)

and officer D. Revoir (#305) spoke to my parents. Upon returning officer T. Lenover

spoke to me about my parents wishes for me to go to hospital for psychology evaluation

because I left home. I told officer T. Lenover that I was not suffering mentally and

wanted to continue to live as I was. Without any instance or instances of unlawful conduct nor

unusual behavior (continued on attached pages)

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☑ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
I demand a trial by jury for the amount of $1,000,000 which $750,000 as non economic

compensatory damages for prolonged suffering at hospital from 05-04-2023 to

06-03-2023 including loss of life enjoyment and emotionally distress respects to unusual living

conditions. Also $250,000 in punitive damages because the police obtained my

location unlawfully by a tracking device.

FILING FEE – Are you paying the filing fee?
- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
- CC  I will keep a copy of this complaint for my records.
- CC  I will promptly notify the court of any change of address.
- CC  I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: Chase Caldwell                              Date: 06-29-2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

I had no spoke to my parents since April 11th, 2023 and they had no reason to believe I was a danger to myself or other since I had not communicated to them or been involved with law enforcement. Once officer T. Lenover spoke to me about my parents (Rodney Caldwell and Kimberly Caldwell Chiko) officer G. McDaniel stood behind during this conversation and proceeded to handcuff me. During this seizure officer D. Revoir searched my backpack which contained several water bottles both arrest and search happened at First Presbyterian Church parking lot 121 West 9th Street Michigan City, Indiana 46360 in Laporte County.

    I believe my IV and XIV( All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws)amendment rights were violated by officer G. McDaniel because he seized me without probable cause and without warrant in color of the law. In the state of Indiana pursuant to Indiana Section 12-26-5-0.5(1)(b)(a)(1)(2) in color of the law officer G. McDaniel was to arrest and transport to appropriate facility which he did not do. Officer G. McDaniel seized me but did not transport me to Franciscan Alliance emergency room but officer T. Lenover and Officer D. Revoir transported me to Franciscan Alliance emergency room at 3500 Franciscan Way Michigan City, Indiana 46360. Nor did Officer McDaniel submit the Endorsement by Judicial Officer authorized to issue warrant arrest form. This form(exhibit 2) was submitted after arrest by officer G. McDaniel not by officer G. McDaniel but by a registered nurse Amber Shidler in ER which can be seen via exhibit shown signature RN. Not only was this document submitted to the court after the arrest the document shown dated 05-05-2023 contrary to police report(Exhibit 1) which admits the

arrest was 05-04-2023. Further the document was signed by the RN in the space labeled for arresting officer there is no known Amber Shidler report on police report documents. The court then retro dated the document to 05-04-2023 but police reports show arrest was before report created at 4:01PM.

Further while in emergency I told the ER staff I did not want medication and instead they put me in a seclusion room where I later approached by two nurses which told they were about to inject me with geodon and Ativan present in the seclusion room were two armed security guards but yet no forced medication order was filed. I was transported by ambulance to 301 W Homer Michigan City, Indiana 46321 were I was from 05-04-2023 to 06-03-2023. In the state of Indiana if a person is to be more than 24 hours during immediate detention pursuant to Indiana Code 12-26-4-6, an immediate detention application must be filed which doesn't exist. Further in accordance Indiana Code 12-26-5-2(a) a police officer must be authorized to transport someone to hospital facility. I was instead taken by ambulance to a separate location as stated on order for transport order for transport shows 3500 Franciscan away Michigan City, Indiana 46360 but was transported to 301 W Homer Michigan City, Indiana. There are several documents but were not submitted to court for approval because there is no record in my file showing a court approval. In the state of Indiana for a 72 hour commitment one must submit a application after immediate detention for 72 hour commitment which was submitted (Exhibit 3) but never signed by a court judge in accordance with Indiana Code 12-26-5-1, 12-26-5-3, 12-26-5-7 (exhibit 3) these documents were created but not submitted. Since 05-04-2023 no court documents to my knowledge were ever signed by court. I received no hearing for emergency detention in color of the law in accordance with Indiana Code 12-26-5-7, 12-26-5-8, and 12-26-5-9, 12-26-5-10, and 12-26-5-11. Further an application for involuntary commitment (exhibit 4) was also submitted

but never signed by a Laporte County court judge. These document do not show Laporte County Court 1 nor time stamp by court. Although as (exhibit 2) shows court time stamp. Further in color of the law from 05-09-2023 to 06-04-2023 no order was ever signed for involuntary commitment during my stay I expressed my will to leave several times but they instead said I was unwillingness to work with my father because I didn't want to stay at my mother's shown (exhibit 4) which isn't a legitimate reason for involuntary commitment. I was compliant the entire time no verbal or physical altercations. During this stay I was injected with two long last injections initially a 30 day abilify injection and the day before discharge(exhibit 5) a 21 day prolixin injection totaling 7 weeks of unwanted medication and symptoms such a nausea, pacing, unsual appetite, and unusual sleep patterns. These many instances have caused me suffering, loss of enjoyment, and distress.

 I'm suing these officer because these officers violated my right to liberty and property also officer D. Revoir removed my vehicle keys cell phone and backpack. My vehicle was moved back to my mothers residence where I had to choice in an ultimatum to leave hospital to obtain my belongings this us unjust and put back in the situation I wanted to get away from. Further as mentioned in police report (exhibit) the police knew my location by communicating and arriving with my parents because of a tracker put on my vehicle by my parents. Indiana Code 35-45-10-5(a)(b)(1)(A) in color of the law this belief shows the police did not have a warrant to work with my parents to obtain my vehicle location. This further shows that the court order for arrest and transport (exhibit 2) happened well after the police located and seized me. While at the hospital without no hearing I did not have access to my state registered and insured motor vehicle nor my cell phone to contact other family for days before I submitted to my ultimatum so rejoin my family after discharge. These occurrences caused immense suffering, loss of

enjoyment for activities like exercise, sports, reading, ect. And immense emotional distress as stated on relief section. All officers within are being sued as claims in their individual capacities as a group Pursuant to U.S.C 42 1983.

Chase Caldwell
06-29-2023