UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHASE CALDWELL,

    Plaintiff,

    v.

G MCDANIEL, ET AL.,

    Defendants.

Case No. 3:23-CV-637-CCB-SJF

## ORDER

On September 10, 2025, the Court denied without prejudice a Stipulation to Dismiss this case filed by non-party Rodney Caldwell, as Guardian of Plaintiff Chase Caldwell, and defense counsel. (ECF 77). The Court stated that "[i]f Rodney [Caldwell] does not file a motion for substitution under Rule 25 or [Plaintiff Chase Caldwell] does not establish his mental competency by **October 3, 2025**, this case will be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). (*Id*. at 2 (emphasis in original)). A copy of the Court's order was mailed to Plaintiff Chase Caldwell, proceeding without counsel in this action, and returned as undeliverable on September 29, 2025. (ECF 78).

As of this date, Rodney Caldwell has not filed a Rule 25 motion for substitution and Plaintiff Chase Caldwell has not established his mental competency. Accordingly, this case is **DISMISSED** for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

SO ORDERED on October 22, 2025

                                                     */s/Cristal C. Brisco*
                                                    CRISTAL C. BRISCO, JUDGE
                                                    UNITED STATES DISTRICT COURT