AO 450 (Rev. 11/11)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHASE CALDWELL )<br>)<br>    Plaintiff )<br>        v. )   Civil Action No.  3:23-cv-637<br>)<br>G MCDANIEL, *Law Enforcement Officer (#313),* )<br>*sued as claims in their individual capacities as a* )<br>*group*;<br><br>B COSTIGAN, *Law Enforcement Officer (#340),*<br>*sued as claims in their individual capacities as a*<br>*group*;<br><br>T LENOVER, *Law Enforcement Officer (#342),*<br>*sued as claims in their individual capacities as a*<br>*group*;<br><br>D REVOIR, *Law Enforcement Officer (#305), sued*<br>*as claims in their individual capacities as a group*;<br><br>            Defendants | |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: This case is DISMISSED for failure to prosecute.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Cristal C. Brisco.

DATE: 10/23/2025              *Chanda J. Berta, Clerk of Court*

by  s/E. Yike
*Signature of Clerk or Deputy Clerk*